UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

GENE RAY FULCHER,

               Petitioner,                      Case No. 2:05-CV-83

v.                                      HON. GORDON J. QUIST

JERI-ANN SHERRY,

               Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on August 9, 2007. The copy of the Report and Recommendation mailed to Petitioner was returned to the Court marked "RTS/Paroled" (docket no. 25).[1] No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 9, 2007 (docket no. 24), is **APPROVED AND ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's petition for writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a **certificate of appealability** is **DENIED**.

This case is **concluded**.

Dated:  August 28, 2007                            _____
                                          /s/ Gordon J. Quist
                                        GORDON J. QUIST
                                  UNITED STATES DISTRICT JUDGE

---

[1] Petitioner has not provided the Court with his current address. Local Civil Rule 41.1 states that a plaintiff's failure to keep the Court apprised of a current address shall be grounds for dismissal for want of prosecution.